CDF LABOR LAW LLP
Dan M. Forman, State Bar No. 155811
dforman@cdflaborlaw.com
Leigh A. White, State Bar No. 167477
lwhite@cdflaborlaw.com
707 Wilshire Boulevard, Suite 5150
Los Angeles, CA 90017
Telephone: (213) 612-6300

Attorneys for Defendant
GRUMA CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| MONICA GARCIA, an individual,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>GRUMA CORPORATION, a Nevada Corporation; and DOES 1 to 50, Inclusive,<br><br>　　　　Defendant. | Case No. 5:22-cv-01559<br><br>(Removed From San Bernardino Superior Court Case No. CIVSB221485)<br><br>**STIPULATION REGARDING ARBITRATION AND DISMISSAL OF ACTION**<br><br>Action Filed:  July 21, 2022 |

STIP. RE ARBITRATION AND DISMISSAL

2047691.1

Plaintiff Monica Garcia ("Plaintiff") and Defendant Gruma Corporation ("Defendant") (collectively "the Parties"), by and through their undersigned counsel, hereby agree and stipulate to the following:

WHEREAS, on July 21, 2022, Plaintiff commenced this action by filing a Complaint in the Superior Court of California, County of San Bernardino against Defendant alleging causes of action for (1) Unlawful Discrimination Based Upon Disability In Violation Of California Government Code § 12940(a); (2) Failure to Prevent Discrimination In Violation Of California Government Code § 12940(k); (3) Failure To Prevent Discrimination In Violation Of California Government Code § 12940(a) and (m); (4) Failure To Engage In The Interactive Process In Violation Of California Government Code § 12940(a) and (m); (5) Retaliation For Opposing Discrimination And Harassment In Violation Of California Government Code § 12940(h) and (m)(2); (6) Retaliation In Violation Of California Government Labor Code § 246.5 Et Seq.; (7) Interference With And Retaliation For Exercising Rights Under Family Medical Leave Act "FMLA"/California Family Rights Act "CFRA" California Government Code § 12945.2, Et Seq.; (8) Retaliation In Violation Of Labor Code § 1102.5; (9) Violation Of Labor Code § 233; (10) Retaliation In Violation of California Labor Code § 6311; (11) Failure To Provide Meal Periods, Or Compensation In Lieu Thereof, In Violation Of Labor Code §§ 226.7, 512; (12) Failure To Authorize Or Permit Rest Periods, Or Compensation In Lieu Thereof, In Violation Of Labor Code § 226.7; (13) Failure To Provide Accurate Itemized Wage Statements In Violation of Labor Code § 226; (14) Failure To Pay Compensation When Due At Time Of Separation Of Employment In Violation of Labor Code §§ 201-203; (15) Failure To Pay Wages In Violation Of Labor Code § 204; (16) Failure To Keep Required Records In Violation Of California Labor Code § 1174; and, (17) Wrongful Termination Of Employment In Violation Of Public Policy, which Complaint was removed to the above-entitled Court.

2047691.1

Plaintiff Monica Garcia ("Plaintiff") and Defendant Gruma Corporation ("Defendant") (collectively "the Parties"), by and through their undersigned counsel, hereby agree and stipulate to the following:

WHEREAS, on July 21, 2022, Plaintiff commenced this action by filing a Complaint in the Superior Court of California, County of San Bernardino against Defendant alleging causes of action for (1) Unlawful Discrimination Based Upon Disability In Violation Of California Government Code § 12940(a); (2) Failure to Prevent Discrimination In Violation Of California Government Code § 12940(k); (3) Failure To Prevent Discrimination In Violation Of California Government Code § 12940(a) and (m); (4) Failure To Engage In The Interactive Process In Violation Of California Government Code § 12940(a) and (m); (5) Retaliation For Opposing Discrimination And Harassment In Violation Of California Government Code § 12940(h) and (m)(2); (6) Retaliation In Violation Of California Government Labor Code § 246.5 Et Seq.; (7) Interference With And Retaliation For Exercising Rights Under Family Medical Leave Act "FMLA"/California Family Rights Act "CFRA" California Government Code § 12945.2, Et Seq.; (8) Retaliation In Violation Of Labor Code § 1102.5; (9) Violation Of Labor Code § 233; (10) Retaliation In Violation of California Labor Code § 6311; (11) Failure To Provide Meal Periods, Or Compensation In Lieu Thereof, In Violation Of Labor Code §§ 226.7, 512; (12) Failure To Authorize Or Permit Rest Periods, Or Compensation In Lieu Thereof, In Violation Of Labor Code § 226.7; (13) Failure To Provide Accurate Itemized Wage Statements In Violation of Labor Code § 226; (14) Failure To Pay Compensation When Due At Time Of Separation Of Employment In Violation of Labor Code §§ 201-203; (15) Failure To Pay Wages In Violation Of Labor Code § 204; (16) Failure To Keep Required Records In Violation Of California Labor Code § 1174; and, (17) Wrongful Termination Of Employment In Violation Of Public Policy, which Complaint was removed to the above-entitled Court.

2047691.1

WHEREAS, during Plaintiff's employment, an enforceable, binding arbitration agreement was signed by Plaintiff and Defendant wherein Plaintiff and Defendant agreed to submit any disputes related to the employment relationship to binding arbitration.

IT IS HEREBY STIPULATED by and between the Parties, and their respective attorneys of record, as follows:

1. Within seven (7) days after counsel for both Parties sign this Stipulation, counsel for Plaintiff shall file a Notice of Dismissal of Entire Action without prejudice, pursuant to FRCP 41(1)(A)(i).

2. Within thirty (30) days after counsel for both Parties sign this Stipulation, Plaintiff shall submit a Demand for Arbitration with JAMS, attaching the Complaint in this matter as the Complaint in arbitration.

3. Defendant agrees that it will not seek to recover any attorneys' fees or costs in connection with the filing of the Complaint in Court instead of in arbitration and the dismissal of this action.

4. The Parties agree that the date Plaintiff filed the Complaint in San Bernardino County Superior Court shall act as the effective date of the filing of the Demand for Arbitration for purposes of determining any potential statute of limitations arguments. Defendant reserves all other rights and arguments as to the Demand for Arbitration.

IT IS SO STIPULATED.

Dated: September 22, 2022         McNALLY LAW FIRM

                                  By: _____
                                      Bryan L. McNally
                                      Attorneys for Plaintiff
                                      MONICA GARCIA

3     STIP. RE ARBITRATION AND DISMISSAL
CDF LABOR LAW LLP
2047691.1

Dated: September 22, 2022      HANNEMANN LAW FIRM

By: _____
        Brian G. Hannemann
Attorneys for Plaintiff
MONICA GARCIA


Dated: September 19, 2022      CDF LABOR LAW LLP

By: _____
        Leigh A. White
Attorneys for Defendant
GRUMA CORPORATION